**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-00041-LTB

QWEST COMMUNICATIONS COMPANY, LLC.,

        Claimant,

v.

TELENATIONAL COMMUNICATIONS, INC.,

        Respondent.
_____

**ORDER OF DEFAULT JUDGMENT**
_____

      Upon Claimant's Request for Entry of Default an Entry of Default Judgment (Doc 6 - filed February 11, 2010), the Court makes the following findings and conclusions of law:

1. In JAMS Arbitration No. 11122, the Arbitrator entered a Final Award in favor of Qwest and against Telenational in the total amount of $1,782,259.87, plus interest at the statutory rate of 8% until paid.

2. When Telenational failed to pay the Final Award, Qwest filed this Action to Enforce Arbitration Award.  Qwest served Telenational with the Summons and the Action to Enforce Arbitration Award on January 12, 2010.  The Affidavit of Process Server was attached to the motion as Exhibit 2, and was previously filed with the Court on January 22, 2010.  The Court issued a Notice of Electronic Filing confirming Qwest's filing of the proof of service and stating that Telenational's Answer was due on February 2, 2010.

3. Default was entered by the Clerk of the Court on February 12, 2010.

4. Because Qwest's claim is for a sum certain – the $1,782,259.87 set forth in the Final Award of the Arbitrator – Qwest is also entitled to the entry of a default judgment against Telenational, pursuant to F.R.C.P. 55(b)(1).

5. Telenational is a corporation, not a minor or incompetent person.

6. The amount due to Qwest is shown in the Affidavit of Gary L. Swingle and in the Final Award of the Arbitrator.

IT IS THEREFORE ORDERED that Default Judgment shall enter in favor of Claimant Qwest Communications Company, LLC and against Telenational Communications, Inc., in the amount of $1,782,259.87, plus interest at the statutory rate of 8% until paid, together with costs.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   February 16, 2010